PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM RODDY NORMANDIN, ESQ., BAR NO.: 102265
2122 N. Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.: (714) 547-2444
Fax No.:   (714) 835-2889
E-Mail: TNormandin@pnbd.com

File No.: 8549-003

Attorney For Defendant Enhanced Recovery Corporation

FILED
07 NOV -8 PM 4: 25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP   DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

JAMES M. KINDER,

　　　　Plaintiff,

vs.

ENHANCED RECOVERY
CORPORATION; DOES 1 to 100,
Inclusive,

　　　　Defendants.

Case 07.CV 2152 IEG (POR)

NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that Defendant Enhanced Recovery Corporation ("Defendant"), by filing this Notice of Removal and related papers, remove this action from Superior Court of the State of California, County of San Diego, to the United States District Court, pursuant to 28 U.S.C. §§1331, 1441, and 1446. In support of removal, Defendant states:

1.　On August 30, 2007, Plaintiff filed this action in Superior Court for San Diego County, and the action was assigned the Case No. 37-2007-00074113. ERC was served on October 9, 2007.

2.　This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332, and this action is one that can be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

1
NOTICE OF REMOVAL

I:\DOCS\8549\003\Pleading FED CT\Pld001 N-Removal.wpd

ORIGINAL

3. There is complete diversity of citizenship between the parties. Pursuant to Plaintiff's Complaint, Plaintiff is a resident of California, and based upon information and belief, Plaintiff is also a citizen of California. ERC is a Delaware corporation with its principal place of business in Jacksonville, Florida. ERC is the only defendant which has been served in this matter, and thus, complete diversity of citizenship exists.

4. Pursuant to the allegations found in the Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Although the Complaint does not seek a specified sum, Plaintiff seeks $500 or $1500 for each alleged violation of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, and Plaintiff alleges that ERC violated this statute at least 326 times. Thus, the amount in controversy is a minimum of $163,000.00.

5. Concomitantly with the filing of this Notice of Removal in this Court, ERC has filed a notice with the Superior Court for San Diego County as required by 28 U.S.C. §1446(d). Additionally, pursuant to 28 U.S.C. §1446(a), ERC has attached as Exhibit "A" a copy of all process, pleadings, and orders served upon ERC in this action.

Accordingly, for all of the above reasons, this matter should be removed to this Court pursuant to 28 U.S.C. §§1331, 1367, 1441, and 1446.

DATED: September 26, 2007    Respectfully submitted,

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation

By: _____
TOM R. NORMANDIN
2122 N. Broadway, Suite 200
Santa Ana CA 92706
Tel: (714) 547-2444
Fax: (714) 835-2889
E-Mail: TNormandin@pnbd.com

2
NOTICE OF REMOVAL

Chad Austin, Esq. SBN 235457
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

FILED
CIVIL BUSINESS OFFICE 8
CENTRAL DIVISION
07 AUG 30 PM 4:40
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

JAMES M. KINDER,

    Plaintiff,

v.

ENHANCED RECOVERY CORPORATION, and DOES 1 through 100, inclusive,

    Defendants.

CASE NO. 37-2007-00074113-CU-MC-CTL

COMPLAINT FOR DAMAGES

Violations of Telephone Consumer Protection Act of 1991

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2. Defendant ENHANCED RECOVERY CORPORATION (hereinafter referred to as "Defendant"), was at all times herein mentioned a Delaware corporation, doing business in the County of San Diego, State of California.

3. Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants

-1-

1 | is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as
2 | herein alleged were proximately caused by their conduct.
3 |        4.      At all times herein mentioned each defendant was the partner, agent and employee
4 | of each co-defendant herein and was at all times acting within the scope of such partnership, agency
5 | and employment and each defendant ratified the conduct of each co-defendant herein.

### FIRST AND ONLY CAUSE OF ACTION
[Violation of Telephone Consumer Protection Act of 1991]

8 |        5.      Plaintiff realleges paragraphs 1 through 4 above and incorporates them herein by
9 | reference.
10 |       6.      Plaintiff is bringing this action pursuant to the provisions of the Telephone Consumer
11 | Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").
12 |       7.      Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States Code
13 | makes it unlawful for any person to "Make any call (other than a call made for emergency purposes
14 | or made with the prior express consent of the called party) using any automatic telephone dialing
15 | system or an artificial or prerecorded voice...to any telephone number assigned to a paging service,
16 | specialized mobile radio service, or other radio common carrier service, or any service for which the
17 | called party is charged for the call."
18 |       8.      Defendants have been calling Plaintiff's number assigned to a paging service, using
19 | an Automatic Telephone Dialing System and/or an artificial or prerecorded voice on at least 326
20 | occasions within the statutory period of the last 4 years, pursuant to 47 U.S.C. § 1658. These 326
21 | calls are only the calls known to Plaintiff at this time and Plaintiff states on information and belief,
22 | without yet having the aid of full discovery, that it is quite likely that Defendant has made many
23 | more violative calls to Plaintiff's number assigned to a paging service than the 326 of which he is
24 | currently aware.
25 |       9.      Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal
26 | Regulations requires that all prerecorded telephone messages disseminated within the United States
27 | must "At the beginning of the message, state clearly the identity of the business, individual, or other
28 | entity that is responsible for initiating the call. If a business is responsible for initiating the call, the

1. name under which the entity is registered to conduct business with the State Corporation Commission (or comparable regulatory authority) must be stated."

10. Defendants' illegal prerecorded message calls failed to comply with this requirement.

11. Subdivision (b)(2) of Section 64.1200 of Title 47 of the Code of Federal Regulations requires that all prerecorded telephone messages disseminated within the United States must "state clearly the telephone number (other than that of the autodialer or prerecorded message player that placed the call) of such business, other entity, or individual. The telephone number may not be a 900 number or any number for which charges exceed local or long distance transmission charges. For telemarketing messages to residential telephone subscribers, such telephone numbers must permit any individual to make a do-not-call request during regular business hours for the duration of the telemarketing campaign."

12. Defendants' illegal prerecorded message calls failed to comply with this requirement.

13. Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a private right of action in state court for violations of 47 U.S.C. §227 (b)(1)(A)(iii) and 47 C.F.R. §64.1200. Plaintiff is entitled to a minimum of $500.00 in statutory damages for each such violation. If the court finds that defendants' violations were willful or knowing, it may, in its discretion, award up to three times that amount.

WHEREFORE Plaintiff prays for judgment against defendants, and each of them, as follows:

On the FIRST AND ONLY CAUSE OF ACTION:

1. For an award of $500.00 for each violation of 47 U.S.C. §227 and 47 C.F.R. § 64.1200;
2. For an award of $1,500.00 for each such violation found to have been willful;
3. For costs of suit herein incurred; and
4. For such further relief as the Court deems proper.

Dated: August 30, 2007

By: _____
CHAD AUSTIN, Esq.
Attorney for Plaintiff JAMES M. KINDER

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2122 North Broadway, Suite 200, Santa Ana, California 92706-2614.

On November 8, 2007, I served the foregoing document described as: **NOTICE OF REMOVAL** on all interested parties in this action by placing [ ] the original [✔] a true copy thereof enclosed in sealed envelopes addressed as follows:

Chad Austin, Esq.
3129 India St.
San Diego, CA 92103-6014

[✔]  BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  BY PERSONAL SERVICE. I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]  BY FAX. I caused such document to be served via transmission to the offices of the addressee.

[ ]  BY OVERNIGHT MAIL. I caused such document to be deposited in the overnight mail box located at 2122 North Broadway, Suite 200, Santa Ana, California 92706-2614

   [ ]   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   [✔]   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 8, 2007**, at Santa Ana, California.

Beth Kemmis

```
          UNITED STATES
          DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

         #  144333    -  BH
         *  * C O P Y * *
         November 08, 2007
              16:25:26

          Civ Fil Non-Pris
USAO #.: 07CV2152 CIVIL FILING
Judge..: IRMA E GONZALEZ
Amount.:                $350.00 CK
Check#.: BC# 197123



     Total->  $350.00



FROM: KINDER V. ENHANCED RECOVERY
      CIVIL FILING
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
JAMES M. KINDER

**DEFENDANTS**
ENHANCED RECOVERY CORPORATION, and DOES 1 through 100, Inclusive

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Duval, Florida
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Chad Austin, Esq., 3129 India Street, San Diego CA 92103-6014

Attorneys (If Known)
Tom R. Normandin, Esq., Prenovost, Normandin, Bergh & Dawe, P.A., 2122 N. Broadway, Ste 200, Santa Ana CA 92706

FILED BY FAX
07 NOV -8 PM 1:25
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

07CV 2152 IEG (POR)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | PERSONAL INJURY | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | LABOR | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause:
Alleged Violation of 47 U.S.C. 227

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE: Dana M. Sabraw* /James Lorenz**
DOCKET NUMBER: *07-CV-0877/**07-CV-2084

DATE: 11-8-07
SIGNATURE OF ATTORNEY OF RECORD: Tom R. No___

**FOR OFFICE USE ONLY**
RECEIPT # 144333   AMOUNT $350   11/8/07 BH   APPLYING IFP   JUDGE _____   MAG. JUDGE _____