PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM RODDY NORMANDIN, ESQ., Bar No.: 102265
JOHN W. KLEIN, ESQ., Bar No.: 129160
2122 N. Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:   (714) 547-2444
Fax No.:     (714) 835-2889
E-Mail: TNormandin@pnbd.com

File No.: 8549-003

Attorney For Defendant Enhanced Recovery Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>    Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY<br>CORPORATION; DOES 1 to 100,<br>Inclusive,<br><br>    Defendants. | Case No. 07CV2152 LAB(POR)<br><br>**DFENDANT ENHANCED RECOVERY CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES** |

Defendant Enhanced Recovery Corporation ("ERC"), by and through its undersigned counsel, files this Answer and Affirmative Defenses to Plaintiff's Complaint, and states:

## GENERAL ALLEGATIONS

1.   ERC is without knowledge with respect to the allegations in this paragraph and, therefore, these allegations are denied.

2.   ERC admits to the allegations contained in this paragraph.

3.   ERC is without knowledge with respect to the allegations in this paragraph and, therefore, these allegations are denied.

4.   ERC denies the allegations contained in this paragraph.

///

1
ANSWER TO COMPLAINT
I:\DOCS\8549\003\Pleading FED CT\Pld004 Answer.wpd

## FIRST AND ONLY CAUSE OF ACTION

### [Violation of Telephone Consumer Protection Act of 1991]

5. ERC repeats and realleges its response to Paragraphs 1 through 4 as though fully set forth herein.

6. No answer required.

7. ERC denies that this paragraph contains a full and accurate recitation of the law and states that Title 47, Section 227 of the United States Code speaks for itself.

8. ERC denies the allegations contained in this paragraph.

9. ERC denies that this paragraph fairly and accurately recites the provisions of the cited section of the Code of Federal Regulations and states that the Code of Federal Regulations speaks for itself.

10. ERC denies the allegations contained in this paragraph.

11. ERC denies the allegations contained in this paragraph.

12. ERC denies the allegations contained in this paragraph.

13. ERC denies the allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state any claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is estopped by reason of his own conduct, acts or omissions to recover on any claims that he may have against ERC.

///
///
///

### THIRD AFFIRMATIVE DEFENSE

Plaintiff had a duty to take reasonable steps to mitigate and/or avoid his alleged damages. ERC submits that Plaintiff has failed to take any steps or delayed unreasonably in mitigating or avoiding his alleged damages. Any reasonable and timely steps would have reduced or avoided damages altogether. As such, Plaintiff is barred, in whole or in part, from recovering damages in this case.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

The doctrine of unclean hands bars or limits any recovery against ERC.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff, by his own actions and conduct, has failed to exercise reasonable care and diligence on his own behalf and has caused or contributed to his alleged damages. Any recovery from Plaintiff must be reduced or eliminated altogether by the proportion of damages caused by his own acts and conduct.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff knowingly, intentionally and voluntarily assumed the risk of the conduct, events and matters alleged in the Complaint and the damages, if any, incurred by Plaintiff, are the direct and proximate result of the risk assumed.

///
///
///
///
///

1  WHEREFORE, ERC requests that the Court enter judgment in its favor and
2  against Plaintiff together with ERC's reasonable attorney's fees and costs as may be
3  allowed by law.
4
5  DATED: December 12, 2007    PRENOVOST, NORMANDIN, BERGH & DAWE
                                A Professional Corporation

                                By: /s/
                                TOM R. NORMANDIN
                                JOHN W. KLEIN
                                2122 N. Broadway, Suite 200
                                Santa Ana CA 92706
                                Tel: (714) 547-2444
                                Fax: (714) 835-2889
                                E-Mail: TNormandin@pnbd.com

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2122 North Broadway, Suite 200, Santa Ana, California 92706-2614.

On **December 12, 2007**, I served the foregoing document described as: **DEFENDANT ENHANCED RECOVERY CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES** on all interested parties in this action by placing [ ] the original [✔] a true copy thereof enclosed in sealed envelopes addressed as follows:

Chad Austin, Esq.
3129 India St.
San Diego, CA 92103-6014

[✔]   BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   BY PERSONAL SERVICE. I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]   BY FAX. I caused such document to be served via transmission to the offices of the addressee.

[ ]   BY OVERNIGHT MAIL. I caused such document to be deposited in the overnight mail box located at 2122 North Broadway, Suite 200, Santa Ana, California 92706-2614

　　　　[ ]   (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

　　　　[✔]   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 12, 2007**, at Santa Ana, California.

_____
Beth Kemmis