PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM RODDY NORMANDIN, ESQ., Bar No.: 102265
JOHN W. KLEIN, ESQ., Bar No. 129160
2122 N. Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:  (714) 547-2444
Fax No.:    (714) 835-2889
E-Mail: TNormandin@pnbd.com

File No.: 8549-003

Attorney For Defendant Enhanced Recovery Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>  Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY CORPORATION; DOES 1 to 100, Inclusive,<br><br>  Defendants. | Case No.37-2007-00074113-CU-MC<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br>**[Local Rule 7.1-1]** |

The undersigned, counsel of record for Defendants Enhanced Recovery Corporation and Alternative Debt Portfolios, L.P., certifies the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. James M. Kinder, Plaintiff
2. CHAD AUSTIN, attorney for Plaintiff James M. Kinder.
3. Enhanced Recovery Corporation, Defendant.
4. PRENOVOST, NORMANDIN, BERGH & DAWE, Tom R. Normandin, attorneys for Defendant Enhanced Recovery Corporation.
5. PRENOVOST, NORMANDIN, BERGH & DAWE, John W. Klein, attorneys for Defendant Enhanced Recovery Corporation.

1
2    This action involves a putative class, members of which may be designated as
3    interested parties as their identities are ascertained.
4    The undersigned, counsel of record for Defendant Enhanced Recovery
5    Corporation, certifies the following listed parties may have a pecuniary interest in the
6    outcome of this case. These representations are made to enable the Court to evaluate
7    possible disqualification or recusal.
8    This action involves a putative class, members of which may be designated as
9    interested parties as their identities are ascertained.
10
11   DATED:  December 11, 2007    Respectfully submitted,
12                               PRENOVOST, NORMANDIN, BERGH & DAWE
                                 A Professional Corporation
13
14                               By: _____
15                                   TOM R. NORMANDIN
                                     2122 N. Broadway, Suite 200
16                                   Santa Ana CA 92706
                                     Tel: (714) 547-2444
17                                   Fax: (714) 835-2889
                                     E-Mail: TNormandin@pnbd.com
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2122 North Broadway, Suite 200, Santa Ana, California 92706-2614.

On **December 12, 2007**, I served the foregoing document described as: **CERTIFICATION AS TO INTERESTED PARTIES [Local Rule 7.1-1]** on all interested parties in this action by placing [ ] the original [✔] a true copy thereof enclosed in sealed envelopes addressed as follows:

Chad Austin, Esq.
3129 India St.
San Diego, CA 92103-6014

[✔]  BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  BY PERSONAL SERVICE. I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]  BY FAX. I caused such document to be served via transmission to the offices of the addressee.

[ ]  BY OVERNIGHT MAIL. I caused such document to be deposited in the overnight mail box located at 2122 North Broadway, Suite 200, Santa Ana, California 92706-2614

   [ ]  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   [✔]  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 12, 2007**, at Santa Ana, California.

_____
Beth Kemmis