cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. KINDER, | ) | Civil No.07cv2152 DMS (AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING EARLY NEUTRAL |
| | ) | EVALUATION CONFERENCE AND |
| ENHANCED RECOVERY | ) | SETTING CASE MANAGEMENT |
| CORPORATION, | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has previously set this matter for an Early Neutral Evaluation Conference under the local rules. Based upon the Court's recent experience in a related case, the Court finds it appropriate to vacate the January 29, 2008 Early Neutral Evaluation Conference and convert it into a telephonic Case Management Conference. The Case Management Conference will proceed on *January 29, 2008 at 10:00 a.m.* and Mr. Kinder's counsel will be responsible for initiating the conference call. At the conference, the Court will assess the landscape associated with the large number of similar cases filed, the motion practice underway or to be soon commenced, and will set further date and deadlines as appropriate.

IT IS SO ORDERED.

DATED: January 10, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28