cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, ) | Civil No.07cv2152 DMS (AJB) |
| Plaintiff, ) | |
| v. ) | ORDER FOLLOWING CASE |
| ) | MANAGEMENT CONFERENCE |
| ENHANCED RECOVERY ) | |
| CORPORATION, ) | |
| Defendants. ) | |

On January 29, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Chad Austin, Esq. on behalf of plaintiff and Ted Prenovost, Esq. on behalf of defendant.

The Court and counsel discussed the status of the case, and the related cases. There is a pending motion to consolidate those pending with Judge Sabraw. To assist in the long range management of the matter, a further telephonic Case Management Conference is set for *April 10, 2008 at 9:00 a.m.* Arrangements will be made for the conference call on advice of counsel well in advance of the next date.   IT IS SO ORDERED.

DATED: January 29, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28